UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MYKAYLA FAGNANI,                                                       :
                                                                       :
                              Plaintiff,                               :
                                                                       :   25 Civ. 1147 (JPC)
              -v-                                                      :
                                                                       :   ORDER
AQUABLEU INC.,                                                         :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Defendant was served with a Summons and the Complaint on February 27, 2025, making its deadline to respond March 20, 2025. *See* Dkt. 7. That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court *sua sponte* extends Defendant's deadline to respond to the Complaint to June 10, 2025. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by June 16, 2025.

      Plaintiff shall promptly serve a copy of this Order on Defendant via email or first class mail, and file proof of such service on or before May 27, 2025.

      SO ORDERED.

Dated: May 20, 2025
      New York, New York
                                            JOHN P. CRONAN
                                            United States District Judge